FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>OSCAR TRISTAN RODRIGUEZ,<br><br>              Defendant. | No.   2:19-CR-0055-EFS<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS** |

Before the Court, without oral argument, is the Government's oral motion to dismiss the Indictment.[1] Consistent with the plea agreement in Case No. 2:19-CR-56-EFS, the Government seeks the Court's leave to dismiss the Indictment, ECF No. 1, with prejudice as to Defendant Oscar Tristin Rodriguez pursuant to Federal Rule of Criminal Procedure 48(a).

Having reviewed the pleadings filed in connection with the motion, the Court grants the Government leave to dismiss the Indictment. Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's oral motion to dismiss the Indictment, **ECF No. 31**, is **GRANTED.**

---
[1] ECF No. 31.

2.   The Indictment, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

3.   All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  19th  day of November 2020.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge